UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RENEE GOODWIN,<br><br>  Plaintiff,<br><br>  v.<br><br>BUTTE COUNTY, et al.,<br><br>  Defendants. | No. 2:25-cv-00320-TLN-CKD<br><br>**ORDER** |

   Plaintiff, a Butte County Jail prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On March 14, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations. In her objections, Plaintiff clarifies that she is not a pretrial detainee, but is serving a sentence at the Butte County Jail. This being the case, her claim for denial of medical care arises under the Eighth and not the Fourteenth Amendment. *Gordon v. Cnty. of Orange*, 888 F.3d 1118, 1124 (9th Cir. 2018).

///

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, IT IS HEREBY ORDERED that:

1. The March 14, 2025, findings and recommendations (ECF No. 14) are ADOPTED IN PART and DENIED IN PART as follows;

2. All claims except for a claim against Defendant Pamela Johansen in her individual capacity for denial of medical care in violation of the Eighth Amendment are DISMISSED; and

3. Plaintiff's motion for a preliminary injunction (ECF No. 13) is DENIED.

IT IS SO ORDERED.

Date: April 17, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE