UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RENEE GOODWIN, | No. 2:25-cv-0320-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| BUTTE COUNTY, et al., | |
| Defendants. | |

Plaintiff Michelle Renee Goodwin ("Plaintiff") filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff proceeds in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 14, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 21.)  No party filed objections to the findings and recommendations.

Although it appears from the docket that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  Under Local Rule 182(f), a pro se party is under a continuing duty to notify the Clerk of the District Court and all other parties of any change of address. E.D. Cal. L. R. 182(f) (Jan. 1, 2025).  Absent such notice, service of documents at the prior address of the pro se party is fully effective. *Id.*

1

1   The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 21), are ADOPTED in full; and
2. This action is DISMISSED without prejudice.

Date: September 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2